# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MITCHELL PAUL COOK

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2024 CW 1129

JANUARY 2, 2025

---

In Re:    Mitchell Paul Cook, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          741614.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

   **WRIT DENIED.** The October 14, 2024 judgment dismissing relator's action is a final appealable judgment. See La. R.S. 15:1177(A)(10). An appeal of a final judgment is taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the delays set out in La. Code Civ. P. art. 2087. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson,** 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 624, writ denied, 97-1940 (La. 11/14/97), 704 So.2d 228.

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT